APPEAL No. 04-14-00922-CV
TRIAL No. 2010-CI-12526

JOHN E. RODARTE SR.,
APPELLANT, AFFIANT,
PLAINTIFF, IN PROPIA PERSONA

Vs.

TEXAS DEPARTMENT OF
FAMILY AND PROTECTIVE
SERVICES, ET AL CHILD
PROTECTIVE SERVICES, APPELLEES

IN THE FOURTH

COURT OF APPEALS

SAN ANTONIO, TEXAS

BEXAR COUNTY, TEXAS

APPELLANT'S OBJECTION AND PROTEST, TO
APPELLEES' LATE FILING OF THEIR BRIEF

TO THE HONORABLE JUSTICES AND COURT:

NOW COMES JOHN E. RODARTE SR., APPELLANT, ON THIS
DATE OF AUGUST 19, 2015 COMPLETES THIS DOCUMENT
FOR THE ABOVE STYLED AND NUMBERED CAUSE OF ACTION
AND WILL SHOW THE FOLLOWING:

1. ON JUNE 16, 2015 THE HONORABLE KAREN ANGELINI,
ISSUED AN ORDER, IF APPELLEES WISHED TO FILE
A BRIEF, THAT THEY MUST DO SO, BY JULY 16, 2015.
THIS WAS NOT COMPLIED TO BY APPELLEES, DUE
THEIR LATE FILING DATE OF JULY 17, 2015, BY
THIS COURT'S CLERK, MR. HOTTLE.

2. APPELLEES' BRIEF, WAS NOT ACCOMPANIED, WITH
AN AFFIDAVIT FROM THIS FOURTH COURT OF APPEALS'
CLERK, SHOWING THAT THE CLERK'S OFFICE WAS
CLOSED OR INACCESSIBLE DURING REGULAR BUSINESS
HOURS ON JULY 16, 2015 THEREFORE, APPELLANT
RODARTE SR. MUST OBJECT AND UNDER PROTEST,
AMONG OTHER THINGS, OFFER, THAT THE APPELLEES,
DID IN FACT FILE IN VIOLATION OF A COURT ORDER
AND IN VIOLATION PURSUANT TO TEXAS RULES OF
APPELLATE PROCEDURE, RULE 4.1(b) AND RULE 10.5(b).

3. APPELLANT RODARTE SR., REQUESTS OF THE HONORABLE
COURT CLERK, MR. KEITH HOTTLE, TO PROVIDE TO FILE
A COPY OF THIS DOCUMENT, FOR THIS COURT'S USE
IN REVIEWING THE SIMILAR FILING ERROR, BY
APPELLEE'S LATE MOTION TO EXTEND TIME, AS FOUND
IN APPEAL NO. 04-15-00012-CV.

THEREFORE, APPELLEES' BRIEF, ALONG WITH THEIR APPLICATION
OF LAWS, ARGUMENTS AND CLAIMS, SHOULD BE DISALLOWED,

RESPECTFULLY SUBMITTED

1.

PRAYER

BY PRAYER TO GOD IN THE HIGHEST, APPELLANT RODARTE SR., ASKS, THAT THE HONORABLE FOURTH COURT OF APPEALS JUSTICE(S), GRANT THE RELIEF SOUGHT.

RESPECTFULLY DONE,

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY, THAT A TRUE AND CORRECT COPY OF THIS FOREGOING DOCUMENT, HAS BEEN SENT BY FIRST CLASS MAIL, TO JASON T. CONTRERAS, ASSISTANT ATTORNEY GENERAL OF TEXAS POST OFFICE BOX 12548 AUSTIN, TEXAS 78711-2548.

EXECUTED ON THIS AUGUST 19TH, 2015

RESPECTFULLY DONE,

2.

CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107-9606
LEGAL MAIL
        LEGAL MAIL



IN THE COURT OF APPEALS
AT SAN ANTONIO

2015 AUG 24 PM 1:41

KEITH E. HOTTLE, CLERK

FOURTH COURT OF APPEALS
OFFICE OF THE CLERK, KEITH HOTTLE
300 DOLOROSA ST., SUITE 3200
SAN ANTONIO, TEXAS 78205-3037